1 | **STEVEN J. ROTHANS – State Bar No. 106579**
**JUSTIN READE SARNO – State Bar No. 229803**
2 | **CARPENTER, ROTHANS & DUMONT**
**500 South Grand Avenue, 19th Floor**
3 | **Los Angeles, CA 90071**
**(213) 228-0400**
4 | **(213) 228-0401 [Fax]**
**srothans@crdlaw.com | jrs@crdlaw.com**
5 | **www.crdlaw.com**

6 | **MICHELE BEAL BAGNERIS, City Attorney**
**State Bar No. 115423**
7 | **JAVAN N. RAD, Chief Assistant City Attorney**
**State Bar No. 209722**
8 | **100 N. Garfield Avenue, Suite N210**
**Pasadena, CA 91109**
9 | **(626) 744-4141**
**(626) 744-4190**
10 | **mbagneris@cityofpasadena.net | jrad@cityofpasadena.net**

11 | Attorneys for Defendant, City of Pasadena, a public entity

12 | **KEVIN M. OSTERBERG (State Bar No. 138760)**
  **KOsterberg@hbblaw.com**
13 | **HAIGHT BROWN & BONESTEEL LLP**
**3880 Lemon Street, Suite 410**
14 | **Riverside, California 92501**
**Telephone: 951.341.8309**
15 | **Facsimile: 951.341.8309**

16 | Attorneys for Defendants, Thomas J. Butler, Raphael S. Santiago, Michael R. Orosco, Philip R. Poirier, Aaron D. Villicana, and Robert L. Griffith, public employees

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAINIE LINDSEY, as Guardian ad Litem for minors: "PT", "BT", "RT1" "RT2", & "X", SHENIA ELDRIDGE as Guardian ad Litem for "RT3" & "RT4", DOMINIQUE KEATON as Guardian ad Litem for "DT", and ANNIE HARRIS for the Estate of Reginald THOMAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PASADENA, PASADENA POLICE CHIEF PHILLIP SANCHEZ, OFFICERS: MATHEW GRIFFIN, | Case No.: 2:16-cv-08602-SJO-RAOx<br><br>**NOTICE OF DEFENDANT CITY OF PASADENA'S ACCEPTANCE OF SETTLEMENT**<br><br>Trial: April 17, 2018 |

- 1 -
NOTICE OF DEFENDANT'S ACCEPTANCE OF SETTLEMENT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | JEFFREY NEWLEN, THOMAS BUTLER, ROBERT GRIFFITH, MICHAEL OROSCO, PHILLIP POIRIER, RAFAEL SANTIAGO, AARON VILLACANA, SGT. AGUILAR & CORPORAL SUSAN GOMEZ individually and in their official capacity and DOES 1-10 inclusive,<br><br>          Defendants. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that on March 26, 2018, the City Council for the City of Pasadena met in closed session and accepted the settlement in this case which was reached on February 26, 2018, with U.S. District Court Judge S. James Otero and was placed on the record. The settlement was as to all plaintiffs, subject to Court approval of the minors' compromise(s) and required a stipulation to dismiss as to all defendants.

DATED: March 27, 2018      CARPENTER, ROTHANS & DUMONT, LLP

                                          /s/ *Steven J. Rothans*
                        By: _____
                            Steven J. Rothans
                            Justin Reade Sarno
                            Attorneys for Defendant, City of Pasadena, a public entity

NOTICE OF DEFENDANT'S ACCEPTANCE OF SETTLEMENT