Name Caree Harper SBN 219048
Address 4640 Admiralty Way Suite #500
City, State, Zip Marina del rey, CA 90292
Phone 213) 386-5078
Fax
E-Mail ch1@attorneyharper.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAINIE LINDSEY et. al. | CASE NUMBER: |
| PLAINTIFF(S), | CV 16-8602SJO |
| v. | |
| CITY OF PASADENA et. al. | **NOTICE OF APPEAL** |
| DEFENDANT(S). | Motion to Extend Time to File Notice separately filed |

NOTICE IS HEREBY GIVEN that _____ SHAINIE LINDSEY _____ hereby appeals to
                                          *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):

  Sanctions from Magistrate (Doc # 298)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __OCTOBER 1, 2018__. Entered on the docket in this action on __OCTOBER 1, 2018__.

A copy of said judgment or order is attached hereto.

11/30/18
Date

Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                     NOTICE OF APPEAL